UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY LEON GREENHILL, | ) | 1:07-CV-00645 AWI NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #7] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| UNITED STATES OF AMERICA, | ) | [Doc. #1] |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of coram nobis.

On July 23, 2007, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DISMISSED with prejudice. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On August 3, 2007, Petitioner filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file and having considered the

objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections.  The Court has reviewed the cases cited in Petitioner's objections, including, <u>Anduha v. Marshall</u>, 166 F.3d 342, 1998 WL 856371 (Table) (9th Cir. 1998), <u>Anduha v. Marshall</u>, 68 F.3d 480, 1995 WL 620938, (Table) (9th Cir. 1995), and <u>Greenhill v. Rowland</u>, 8 F.3d 26, 1993 WL 364383, (Table) (9th Cir. 1993).   These cases are all appeals from habeas corpus petitions by state prisoners brought under 28 U.S.C. § 2254.  Neither these cases, nor any other cited by Petitioner, support Petitioner's assertion that a writ of error coram nobis is available to correct the improper denial of a 28 U.S.C. § 2254 petition concerning a state conviction.   As explained by the Magistrate Judge, coram nobis relief is available only to challenge federal convictions.  <u>See</u> <u>Yasui v. United States</u>, 772 F.2d 1496, 1498 (9th Cir.1985) ("the writ of error coram nobis fills a void in the availability of post-conviction remedies in federal criminal cases").

      Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued July 23, 2007, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED with prejudice; and

3. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:   August 28, 2007**                        **/s/ Anthony W. Ishii**
                                                        UNITED STATES DISTRICT JUDGE