# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY LEON GREENHILL,**    ) | 1: 07 - CV - 0645 AWI LJO HC |
|                                ) | |
|           **Petitioner**,      ) | **ORDER GRANTING MOTION TO** |
|                                ) | **PROCEED IN FORMA PAUPERIS ON** |
|       v.                       ) | **APPEAL** |
|                                ) | |
| **UNITED STATES OF AMERICA,**  ) | **ORDER FINDING ON CERTIFICATE** |
|                                ) | **OF APPEALABILITY UNNECESSARY** |
|                                ) | **TO APPEAL** |
|           **Defendant.**       ) | |
| _____ ) | [Document #13] |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of coram nobis. The writ challenges a state court conviction.   On August 29, 2007, the court dismissed the writ because coram nobis relief is not available to challenge state convictions. On October 23, 2007, Petitioner filed a request for in forma pauperis status on appeal.  The Clerk of the Court has also issued requests for the undersigned to grant or deny a certificate of appealability regarding Petitioner's appeal.

    A party who desires to appeal in forma pauperis must file a motion in the district court. Fed. R. App. Pro. 24(a).   Here, Petitioner has provided evidence that he cannot afford the costs of appeal.   The appeal also appears to be in good faith.   Thus, Plaintiff is entitled to in forma pauperis status on appeal.

    The Clerk of the Court has directed the undersigned to grant or denay a certificate of appealability.   A certificate of appealability is necessary when a prisoner is seeking to appeal a district court's denial or dismissal of a writ of habeas corpus.  28 U.S.C. § 2253.   Because this

action was not a petition for writ of habeas corpus, no certificate of appealability is necessary.

Accordingly, the court ORDERS that:

1. Plaintiff's motion to proceed in forma pauperis on appeal is GRANTED; and
2. No certificate of appealability will be issued because a certificate is UNNECESSARY.

IT IS SO ORDERED.

**Dated:    December 21, 2007**              /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE

2